IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY LYNN ROBINSON, #1955575, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:16-cv-01343-O |
| v. | § § | |
| OFFICER VAUGHN et al., | § § | |
| Defendants. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  *See* ECF No. 5.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court.  Accordingly, this case is **DISMISSED without prejudice**.

**SO ORDERED** on this **9th day** of **June, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE